UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. SEAN MATTHEW BENNETT                                   Docket No. 5:14-CR-150-1FL

### Petition for Action on Probation

COMES NOW Dwayne K. Benfield, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Sean Matthew Bennett, who, upon an earlier plea of guilty to Theft of Public Money, Property, or Records, in violation of 18 U.S.C. § 641, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on January 6, 2015, to a 5 year term of probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The absence of a contact jail facility in the Middle District of Florida (Orlando Division) precludes the defendant from satisfying the condition of probation requiring 60 days of intermittent confinement.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions, and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer
201 South Evans Street, Suite 214
Greenville, NC 27858
Phone: 252 830-2336
Executed On: January 12, 2015

SEAN MATTHEW BENNETT
Docket No. 5:14-CR-150-1FL
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __3rd__ day of __February__, 2015 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge