IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-150-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| SEAN MATTHEW BENNETT | ) | |
| | ) | |

Pursuant to the Order of Forfeiture entered by the Court on ____January 6____, 2015, judgment is hereby entered against defendant, SEAN MATTHEW BENNETT, in the amount of $10,537.25. Post-judgment interest shall accrue at the rate of _25%_.

This _10th_ day of ____August____, 2015.

Louise W. Flanagan
U.S. District Court Judge