UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Sean Matthew Bennett                                     Docket No. 5:14-CR-150-1FL

**Petition for Action on Probation**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Sean Matthew Bennett, who, upon an earlier plea of guilty to Theft of Public Money, Property, or Records, in violation of 18 U.S.C. § 641, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on January 6, 2015, to 5 years probation under the conditions adopted by the court.

On September 15, 2017, a Violation Report was submitted informing the court the defendant applied for a personal loan in the amount of $500 through Apple Card, a fraudulent loan solicitation, without the permission of the probation officer. He was given a verbal reprimand and allowed to remain under supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** In March 2018, the defendant obtained a personal loan in the amount of $500 from Moneylion, Incorporated, without the permission of his supervising probation officer. On June 27, 2018, Mr. Bennett was confronted with this violation and he admitted to knowingly borrowing $500 from Moneylion, Incorporated to boost his credit, pay bills, and fund his July wedding. As a sanction for this violation, it is recommended the defendant complete two days of work at the Brevard County Sheriff's Work program, in Brevard County, Florida, where his case is being supervised. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall complete two days of work at the Brevard County Sheriff's Work Farm, within 60 days of the court's order.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Bob L. Thornton<br>Bob L. Thornton<br>Supervising U.S. Probation Officer | /s/ Taron N. Seburn<br>Taron N. Seburn<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2335<br>Executed On: August 1, 2018 |

Sean Matthew Bennett
Docket No. 5:14-CR-150-1FL
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___2nd___ day of _____August_____, 2018, and ordered filed and made a part of the records in the above case.

_/s/ Louise W. Flanagan_
Louise W. Flanagan
U.S. District Judge